# UNITED STATES DISTRICT COURT
for the

_____ District of _____

_____ Division

Nicolette Skinner

Plaintiff(s)

(Write the full name of each plaintiff who is filing this complaint. If
the names of all the plaintiffs cannot fit in the space above, please
write "see attached" in the space and attach an additional page
with the full list of names.)

-v-

Womack Army Medical Center

Defendant(s)

(Write the full name of each defendant who is being sued. If the
names of all the defendants cannot fit in the space above, please
write "see attached" in the space and attach an additional page
with the full list of names.)

)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)

Case No. _____

(to be filled in by the Clerk's Office)

Jury Trial: (check one)  ☐ Yes  ☒ No

## COMPLAINT FOR A CIVIL CASE ALLEGING NEGLIGENCE
### (28 U.S.C. § 1332; Diversity of Citizenship)

## I. The Parties to This Complaint

### A. The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint. Attach additional pages if
needed.

| | |
|---|---|
| Name | Nicolette Skinner |
| Street Address | 804 Scarlet Lane |
| City and County | Sanford Lee County |
| State and Zip Code | North Carolina 27330 |
| Telephone Number | 910 758 3140 |
| E-mail Address | nicskinner221@gmail.com |

### B. The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an
individual, a government agency, an organization, or a corporation. For an individual defendant,
include the person's job or title (if known). Attach additional pages if needed.

Pro Se 5 (Rev. 12/16) Complaint for a Civil Case Alleging Negligence

Defendant No. 1

| | |
|---|---|
| Name | Womack Army Medical Center |
| Job or Title *(if known)* | Nurse Sarah F. |
| Street Address | 2817 Reilly St. |
| City and County | Fort Bragg Cumberland |
| State and Zip Code | North Carolina 28310 |
| Telephone Number | 9109076000 |
| E-mail Address *(if known)* | |

Defendant No. 2

| | |
|---|---|
| Name | Womack Army Medical Center |
| Job or Title *(if known)* | Psychiatrist Hunzekker |
| Street Address | 2817 Reilly St. |
| City and County | Fort Bragg Cumberland |
| State and Zip Code | North Carolina 28310 |
| Telephone Number | 9109076000 |
| E-mail Address *(if known)* | |

Defendant No. 3

| | |
|---|---|
| Name | Womack Army Medical Center |
| Job or Title *(if known)* | Dr. Peter Benson |
| Street Address | 2817 Reilly St. |
| City and County | Fort Bragg Cumberland |
| State and Zip Code | North Carolina 28310 |
| Telephone Number | 9109076000 |
| E-mail Address *(if known)* | |

Defendant No. 4

| | |
|---|---|
| Name | Womack Army Medical Center |
| Job or Title *(if known)* | ER Security Guards on duty |
| Street Address | 2817 Reilly St. |
| City and County | Fort Bragg Cumberland |
| State and Zip Code | North Carolina 28310 |
| Telephone Number | 9109076000 |
| E-mail Address *(if known)* | |

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

Defendant No. 1

    Name                        Military Physicians/Contractors

    Job or Title *(if known)*     Doctors, Nurses

    Street Address           2817 Reilly St.

    City and County        Fort Bragg Cumberland

    State and Zip Code     North Carolina 28310

    Telephone Number     910 907 6000

    E-mail Address *(if known)*

Defendant No. 2

    Name

    Job or Title *(if known)*

    Street Address

    City and County

    State and Zip Code

    Telephone Number

    E-mail Address *(if known)*

Defendant No. 3

    Name

    Job or Title *(if known)*

    Street Address

    City and County

    State and Zip Code

    Telephone Number

    E-mail Address *(if known)*

Defendant No. 4

    Name

    Job or Title *(if known)*

    Street Address

    City and County

    State and Zip Code

    Telephone Number

    E-mail Address *(if known)*

## II.    Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power). Under 28 U.S.C. § 1332, federal courts may hear cases in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000. In that kind of case, called a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff. Explain how these jurisdictional requirements have been met.

### A.    The Plaintiff(s)

1.    If the plaintiff is an individual

The plaintiff, *(name)*    Nicolette Skinner    , is a citizen of the

State of *(name)*    North Carolina    .

2.    If the plaintiff is a corporation

The plaintiff, *(name)* _____ , is incorporated

under the laws of the State of *(name)* _____ ,

and has its principal place of business in the State of *(name)*

_____ .

*(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

### B.    The Defendant(s)

1.    If the defendant is an individual

The defendant, *(name)* _____ , is a citizen of

the State of *(name)* _____ . Or is a citizen of

*(foreign nation)* _____ .

2.    If the defendant is a corporation

The defendant, *(name)*    Womack Army Hospital    , is incorporated under

the laws of the State of *(name)*    North Carolina    , and has its

principal place of business in the State of *(name)*    North Carolina    .

Or is incorporated under the laws of *(foreign nation)* _____ ,

and has its principal place of business in *(name)* _____ .

*(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

### C.    The Amount in Controversy

The amount in controversy–the amount the plaintiff claims the defendant owes or the amount at stake–is more than $75,000, not counting interest and costs of court, because *(explain)*:

## III.    Statement of Claim

Write a short and plain statement of the claim.  Do not make legal arguments.  State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought.  State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct.  If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph.  Attach additional pages if needed.

On *(date)*       10/12/2018      , at *(place)*   Womack Army Medical Center                                                           ,

the defendant(s): (1) performed acts that a person of ordinary prudence in the same or similar circumstances would not have done; or (2) failed to perform acts that a person of ordinary prudence would have done under the same or similar circumstances because *(describe the acts or failures to act and why they were negligent)*
Nurse Sarah Fertility of Womack Army Medical Center failed to diagnose my son of mono, she just stated that his shown of symptoms were due to exhaustion from back to school workload. I also explained to her about my eldest son who has been coming home from school sick ever since he started middle school. She claims its just from being around people with illnesses and the change of weather. I told her of suspicions of poisoning done to myself and children but did not care to to further evaluate or have blood drawn/testing to my children due to "lack of symptoms". Negligence comes in when the only caretaker they have gets mistreated and misdiagnosed, held against her will and gets sent away for seeking medical attention for kids.

The acts or omissions caused or contributed to the cause of the plaintiff's injuries by *(explain)*
Physicians misdiagnosed me with psychotic behavior that led to unnecessary injections in both my arms that now leaves me with  tingling, chilling sensations since injections. I am a natural home remedy person and am against pharmaceutical drugs. So for them to just go into the ER room while I was calm for about 5 hours  with no signs of psychotic behavior and inject me with God knows what, is an indefinite malpractice. No other physicians in their right mind would hold someone against their will because they are seeking medical attention for their offspring. Especially when there are sufficient evidence of diseases/ illnesses that could have helped the children get medical treatment not keep me isolated from them.

## IV.    Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order.  Do not make legal arguments.  Include any basis for claiming that the wrongs alleged are continuing at the present time.  Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts.  Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.
The plaintiff scheduled an appointment with John Korby of Army Linden Oaks Medical Center on November fifteen two thousand eighteen. Explained to the physician my chronic pain on both my arms from the injections but insisted that I spoke with psychiatrist L'Abbe for pharmaceutical questions regarding my unnecessary injections from the previous month. She said there are no further testing that they can do to determine my tingling, burning, damaged nerves and she had asked to review my discharge papers from my inpatient care at Brynn Marr Hospital. Few minutes later Officers questioned me and EMT was called to have me transported back to Womack Army Medical Center for further evaluations and assessments. The psychiatrist believed that I was having an "acute psychosis" ,yet I was in no danger to myself or others. Nor was I challenging anyone around me because of their wrong doing. I believe that I may be caught in an act of discrimination against federal medical care along with my children. Another negligence to add on this lawsuit against doctors/physicians that claim to care about their patients not matter who is at fault. The relief of medical negligence to my three oldest boys from Womack Army Medical Center for a million each. The act of fabricated lies and unnecessary injections damages  by the physicians, security guards and military personal of twenty five million dollars to the plaintiff. I know this was no accident nor what they did was legal at any circumstances because there has been a medical malpractice brought onto my unborn child and myself back in two thousand twelve at Winn Army Community Hospital.  I did not report nor claim any compensation due to third parties stating that everything I was going through was "normal". I was pretty naïve back in my twenties but now with all this new evidence of
intentional misconduct due to racism and hatred, I am well aware of all these negative, negligences and possibility of an unlawful organized crime

b.    If the defendant is a corporation

The defendant, *(name)*  Womack Army Medical Center            , is incorporated under

the laws of the State of *(name)*    North Carolina                    , and has its

principal place of business in the State of *(name)*   North Carolina          .

Or is incorporated under the laws of *(foreign nation)*                    ,

and has its principal place of business in *(name)*                    .

*(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

3.    The Amount in Controversy

The amount in controversy–the amount the plaintiff claims the defendant owes or the amount at stake–is more than $75,000, not counting interest and costs of court, because *(explain)*:
Indefinite sufficient evidence of medical negligence to children. Medical Malpractice to plaintiff since two thousand eleven at two different Army federal hospitals, Winn Army Community Hospital and Womack Army Medical Center. Claim $25,000,000.00 due to illegal science experiments and or injections.

## III.    Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

## IV.    Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

intentional misconduct due to racism and hatred. I am well aware of all these unlawful medical negligence, medical malpractice, and 100% chance of an hate organized crime.

## V. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A. For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing:      April 11, 2019

Signature of Plaintiff

Printed Name of Plaintiff      Nicolette Skinner

### B. For Attorneys

Date of signing:

Signature of Attorney

Printed Name of Attorney

Bar Number

Name of Law Firm

Street Address

State and Zip Code

Telephone Number

E-mail Address